IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE GREEN, | : | |
|     Plaintiff | : | |
|     v. | : | CIVIL ACTION |
| | : | NO. 18-1725 |
| CONGREGATION FOR THE MISSION OF ST. VINCENT DE PAUL IN GERMANTOWN d/b/a ST. VINCENT'S SEMINARY, | : : : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 6th day of March, 2019, upon consideration of the results of the Parties' March 5, 2019 settlement conference with the Honorable Lynne Sitarski, United States Magistrate Judge, it is hereby ORDERED and DECREED that this case is DISMISSED with prejudice as to all claims, causes of action, and parties pursuant to the agreement of counsel and in accordance with Local Rule 41.1(b).[1]

The Clerk is directed to close the case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.

---

[1] Upon notification that the parties have reached a settlement or stipulated to dismissal, courts in this District may enter a dismissal order under Local Rule 41.1(b), even if an agreement has not yet been executed or reduced to writing. *See Total Facility, Inc. v. Dabek*, No. 14-cv-5324, 2016 WL 7450465, at *1, n. 2 (E.D. Pa. Dec. 28, 2016). Local Rule 41.1(b) extends the Court's jurisdiction over the settlement process for ninety days; this Court does not retain jurisdiction beyond that ninety-day period. *See Preitz v. Am. Airlines, Inc.*, No. 11-cv-44, 2017 WL 118092 (E.D. Pa. Jan. 11, 2017).